IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUTIANSHI LICHENGQU ZHENGCHANGPAI E-COMMERCE CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SHUANGFENG COUNTY SHUANGWEI ELECTRONIC TECHNOLOGY CO., LTD., <br><br> *Defendant.* | Case No. 1:23-cv-2650 <br><br> Judge Hon. Jorge L. Alonso <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S *EX PARTE*** 
**MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff Putianshi Lichengqu Zengchangpai E-commerce Co., Ltd respectfully moves for the entry of an *Ex Parte* Temporary Restraining Order, including a temporary injunction thereby enjoining Defendant Shuangfeng County Shuangwei Electronic Technology Co., Ltd. from further making Amazon Infringement Complaints related to U.S. Design Patent No. D959,896 against Plaintiff's tumbler products sold on Amazon. A Memorandum in support is concurrently filed.

1

DATED: May 8, 2023             Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*COUNSEL FOR PLAINTIFF*