IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUTIANSHI LICHENGQU ZHENGCHANGPAI E-COMMERCE CO., LTD.,<br><br>      *Plaintiff,*<br><br>v.<br><br>SHUANGFENG COUNTY SHUANGWEI ELECTRONIC TECHNOLOGY CO., LTD.,<br><br>      *Defendant.* | Case No. 1:23-cv-2650<br><br>Judge Hon. Jorge L. Alonso<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF** *Guiqiang Chen*

I, *Guiqiang Chen*, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am the corporate representative of Putianshi Lichengqu Zengchangpai E-commerce Co., Ltd., which operates the Amazon storefront "tumblecup" on which various home goods are sold, including water bottles and tumblers.

3. Our home goods are sold on Amazon under the brand name HYDRAFUL.

4. Our Amazon storefront is recent but has enjoyed considerable commercial success, earning a 100% positive rating. As such, the HYDRAFUL brand has built substantial goodwill and associated reputation amongst consumers.

5. Our tumbler products (ASINs: B0BWXYYDY6; B0BWXZFYLL; B0BWY1MX4P; B0BWYR2RGK; B0C1FZHTGL) have been available on Amazon since early this year.

6. These listings account for the overwhelming majority of the "tumblecup" store's sales.

7. Our associated inventory will be lost by June 11, 2023 due to the baseless Amazon Infringement Complaints filed by Defendant. We have appealed the delisting of the products using internal Amazon procedures to no avail.

8. The Amazon Infringement Complaints filed against our storefront and tumbler products have caused irreparable harm in the form of loss of market share, loss of customers, and loss of access to potential customers.

9. The Amazon Infringement Complaints delisted our tumbler products, effectively preventing us from selling our tumbler products to customers.

10. Such delisting amounts to the complete loss of the important Amazon customer relationship for these well-established listings. Such a relationship is carefully curated over time and difficult to recreate once lost.

11. We face a significant loss of consumer goodwill associated with the respective ASINs if they continue to be delisted, as a delisted ASIN rapidly falls in the Amazon rankings and results in fewer page views, if and once they are restored.

12. In the Amazon market environment these customers are extremely difficult to win back once lost to a competing listing, as it takes significant time to re-establish goodwill in a listing via the slow accumulation of quality reviews and a significant sales record.

13. Over time, a vicious feed-back loop is created: delisting leads to a lower ranking in product searches, which leads to fewer page views, which leads to fewer sales and quality reviews, which leads to a lower ranking in product sales, *etc.*

14. Moreover, our ASINs face permanent delisting, which would cause us to create new ASINs from scratch, effectively forcing us to abandon all associated goodwill in the established ASINs and enter the highly-competitive Amazon market anew.

15. The delisting of our tumbler products poses a significant risk to the operation of our business as a whole. These products are our most lucrative and bestselling, accounting for the overwhelming majority of all sales on our storefront.

16. The sudden delisting has hurt the bottom line to a point where we may be forced to shrink our current operation. We simply does not have the reserve assets to wait for fresh ASINs to establish themselves with a high-level sales ranking, a process that can take years.

17. We further face removal and/or destruction of our delisted inventory, which would further dampen our increasingly bleak long-term financial outlook.

18. We have done everything within our power to quickly resolve this imminent and urgent problem. Our ASINs were first reported on or around April 12, 2023 and we immediately filed internal Amazon appeals.

19. After it became apparent that the Amazon appeal process would not work, we quickly sought legal counsel in the United States.

20. Our company will suffer immediate and irreparable injury, loss, and damage if an *ex parte* Temporary Restraining Order is not issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2023 in Putian, China.

/s/ *qui qoang chen/*