IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUTIANSHI LICHENGQU ZHENGCHANGPAI E-COMMERCE CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SHUANGFENG COUNTY SHUANGWEI ELECTRONIC TECHNOLOGY CO., LTD., <br><br> *Defendant.* | Case No. 1:23-cv-2650 <br><br> Hon. Jorge L. Alonso <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 12, 2023 [Dkt. No. 20] Plaintiff Putianshi Lichengqu Zengchangpai E-commerce Co., Ltd ("Plaintiff") and Defendant Shuangfeng County Shuangwei Electronic Technology Co., Ltd. ("Defendant") jointly file this Status Report.

**I.    Status of Discovery**

The parties have completed the initial disclosures, infringement reports, and invalidity reports required under the local patent rules. Discovery is ongoing. Plaintiff has served Defendant with its first round of discovery requests on October 18, 2023. Defendant's objections and responses are due November 17, 2023. Defendant anticipates serving its first set of written discovery requests on Plaintiff within the next thirty days.

**II.   Status of Settlement Negotiations**

Plaintiff submitted a settlement proposal to Defendant initially but that proposal was rejected by Defendant. Defendant submitted a counter proposal for settlement to Plaintiff but has yet to receive a response. Defendant is continuing to consider this settlement proposal.

| | |
|---|---|
| DATED: October 18, 2023 | Respectfully submitted, |

By: */s/ Tong Jin*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**


By:/s/*Kevin Keener*
Kevin J. Keener
DC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
kevin.keener@keenerlegal.com
**ATTORNEYS FOR Defendant**