**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PUTIANSHI LICHENGQU ZENGCHANGPAI E-COMMERCE CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SHUANGFENG COUNTY SHUANGWEI ELECTRONIC TECHNOLOGY CO., LTD., <br><br> *Defendant.* | Case No. 1:23-cv-2650 <br><br> Hon. Jorge L. Alonso <br><br> Honorable M. David Weisman <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Ni, Wang & Massand, PLLC (the "Firm") respectfully moves the Court for leave to withdraw Hao Ni and Tong Jin of Ni, Wang & Massand, PLLC as counsel for Plaintiff Putianshi Lichengqu Zengchangpai E-Commerce Co., Ltd. ("Plaintiff" or "Zengchangpai"), pursuant to Rule 83.17 of the Local Civil Rules of the United States District Court Northern District of Illinois ("Local Rules") and Rule 1.16(b) of the Illinois Rules of Professional Conduct.

Local Rule 83.17 provides:

> An attorney who has filed an appearance form pursuant to LR83.16 is the attorney of record for the party represented for all purposes incident to the proceeding in which the appearance was filed. The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsel are of the same firm. Where the appearance indicates that pursuant to these rules a member of the trial bar is acting as a supervisor or is accompanying a member of the general bar, the trial bar member included in the appearance may not withdraw, nor may another member be added or substituted, without first obtaining leave of court. Where an attorney withdraws from representing a party in a case and no other attorney has an active appearance on the docket for that party, the form Notification of Party

Contact Information must be electronically filed as an attachment to the motion to withdraw.

There are satisfactory reasons for withdrawal. The Firm will not be asserting a retaining or charging lien against Defendants in this case. The Notification of Party Contact Information is attached herein as Exhibit A.

For all the reasons set forth above, the Firm respectfully requests that its motion for leave to withdraw as counsel be granted.

DATED: July 26, 2024

Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 26, 2024, via the Court's CM/ECF system.

*/s/ Hao Ni*
Hao Ni